IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | |
| DAWSON PRESTON ADAMS | VIOLATIONS: 18 U.S.C. § 875(c) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (INTERSTATE COMMMUNICATION OF THREAT TO INJURE)

On or about November 7, 2013, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant,

**DAWSON PRESTON ADAMS,**

did knowingly and intentionally transmit, in interstate and foreign commerce, communications containing a threat or threats to injure the person of another, that is, messages by cellular telephone threatening the lives of J.J., an individual whose identity is known to the Grand Jury, and other personnel in the United States Air Force and at Moody Air Force Base, Lowndes County, Georgia.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

s/FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented by:

_____
ROBERT D. MCCULLERS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13th day of November, AD 2013.

_____
Deputy Clerk