# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | **CRIMINAL NO. 7:13-CR-47-HL** |
| : | |
| **DAWSON PRESTON ADAMS** : | |
| : | |

## GOVERNMENT'S MOTION FOR A DETENTION HEARING

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and requests the defendant in the above-styled case be detained pursuant to 18 U.S.C. § 3142(e) and (f), and in support of said motion shows the following:

1. Eligibility of Case.

This case is eligible for a detention order because this case involves (check all that apply):

_X_ Crime of Violence (18 U.S.C. § 3156)

___ Maximum sentence of life imprisonment or death

___ 10 + year drug offense

___ Felony, with two prior convictions in the above categories

___ Serious risk the defendant will flee

_X_ Serious risk of obstruction of justice

2. Reason for Detention.

The Court should detain defendant because there are no conditions of release which will reasonable assure (check one or both):___ Defendant's appearance as required

_X_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.

The United States will, invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e). (If yes) The presumption applies because (check one or more):

__ Probable cause to believe defendant committed 10 + year

    drug offense or an offense in which a firearm was used or

    carried under 18 U.S.C. § 924(c).

__ Previous conviction for "eligible" offense committed

    while on pretrial bond.

__ A period of five years has not elapsed from defendant's

    conviction or release from imprisonment for the offense

    described above.

4. <u>Time for Detention Hearing</u>.

The United States requests the Court conduct the detention hearing:

__ At the initial appearance.

_X_ After continuance of _3_ days (not more than 3).

Respectfully submitted, this 14th day of November, 2013.

                            MICHAEL J. MOORE

              BY:
                      S/ROBERT D. MCCULLERS
                      ASSISTANT U.S. ATTORNEY
                      MIDDLE DISTRICT OF GEORGIA
                      P.O. Box 1702
                      MACON, GEORGIA 31202-1702
                      TEL. (478) 621-2700
                      FAX. (478) 621-2655

**CERTIFICATE OF SERVICE**

I, Robert D. McCullers, Assistant United States Attorney, do hereby certify that I have this date served the within and foregoing **GOVERNMENT'S MOTION FOR A DETENTION HEARING** with the Clerk of the Court using the CM/ECF.

This 14th day of November, 2013.

                                      MICHAEL J. MOORE
                                      UNITED STATES ATTORNEY

BY:
                                      s/ROBERT D. MCCULLERS
                                      ASSISTANT U.S. ATTORNEY
                                      MIDDLE DISTRICT OF GEORGIA
                                      P.O. Box 1702
                                      MACON, GEORGIA 31202-1702
                                      TEL. (478) 621-2700
                                      FAX. (478) 621-2655