

# MINUTE SHEET
# OF COURT PROCEEDINGS

Date:  November 15, 2013

Judge: THOMAS Q. LANGSTAFF

Courtroom Deputy:  William C. Lawrence

Type of Hearing:    INITIAL APPEARANCE / ARRAIGNMENT

Court Reporter/Tape #:    FTR GOLD

Interpreter:

## *Case Number:    7:13-CR-47(WLS)*

UNITED STATES OF AMERICA
      vs.

DAWSON PRESTON ADAMS

AUSA:  LEAH MCEWEN for ROBERT MCCULLERS

Counsel:  RYAN CLEVELAND

Agents/Experts in attendance:  SCOTT HOWELL, USPO

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT  MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT  RECORD.  ATTORNEYS SHOULD CONTACT THE COURT  REPORTER AND  ORDER A  TRANSCRIPT  IF THERE ARE ANY  QUESTIONS AS  TO  THE  CONTENTS HEREIN.*

### I.    *INITIAL APPEARANCE/ARRAIGNMENT*    *Time in Court:    10 MINS  2:30-2:40*

☐  Dft attorney not present.

☒  Dft advised of charges, rights, and maximum possible penalties.

☐  Dft refused to enter plea, NOT GUILTY plea entered by the Court.

☐  **Initial Appearance Only.**
☐  **Arraignment Only.**
☒  **Both Initial Appearance and Arraignment.**

☒  Standard Pre-trial Order to be e-filed.

☐  Notice of Court policy re:  retained counsel to be e-filed.

☒  Other:  Detention Hearing set for 11/18/2013 @ 10 am before Judge Langstaff.

### II.    *BOND/DETENTION*    *Time in Court:*

| **Government Motion for Detention:** | **Conditions of Release:** | **Detention Hearing:** |
|---|---|---|
| ☐ Granted   ☐ Denied | Standards Conditions | Continued to: |
|    ☐ Order to follow | | Upon motion of ☐ Govt   ☐ Deft |
| | | |
| ☐ Bond set at $ | ☐ Bond Supervision | ☐ Temporary detention Ordered pending hearing |
|   Type: ☐ Own Recognizance | ☐ House Arrest | |
|       ☐ Unsecured | ☐ Surrender Passport | ☐ Detention Ordered pending trial |
|       ☐ Fully Secured | ☐ No Firearms | |
|       ☐ Secured by | ☐ Drug / Alcohol Testing | |
| | ☐ Electronic Monitoring | |
| | ☐ Travel Restricted to: | |

Other: