IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA

vs.

CRIMINAL NO. 7-13-CR- 47 (HL)

Filed at 2:35 P M
11/15, 20 13
BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

DAWSON PRESTON ADAMS

## P L E A

I, **DAWSON PRESTON ADAMS** having been advised of my Constitutional rights, and having had the charges herein stated to me, plead _Not Guilty_ this _15_ day of November, 2013.

_____
**DAWSON PRESTON ADAMS** DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____ for RDM
**ROBERT D. McCULLERS**
ASSISTANT UNITED STATES ATTORNEY