# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Filed at _1:15 P_ M

_11/20_ , 20 _13_

BCL

| United States of America | ) | DEPUTY CLERK, U.S. DISTRICT COURT |
|---|---|---|
| v. | ) | MIDDLE DISTRICT OF GEORGIA |
| | ) | Case No. 7:13-CR-00047-001 |
| DAWSON PRESTON ADAMS | ) | |
| Defendant | ) | 1420- 1113- 0236 -J |

FID 9388994

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DAWSON PRESTON ADAMS ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Interstate Communication of Threat to Injure

Date:     November 13, 2013

s/ S. B. DeCesare
*Issuing officer's signature*

City and state:  Valdosta, Georgia

S.B. DeCesare, Deputy Clerk
*Printed name and title*

---

## Return

This warrant was received on *(date)*  _11-14-13_ , and the person was arrested on *(date)*  _11-15-13_
at *(city and*  _VAldostA GA_

Date:     _11-15-13_

_Arresting officer's signature_

Robert Boyd
*Printed name and title*

(handwritten margin notes: US Marshals Service, Middle District Georgia, 2013 Nov 13 PM 5:29)