# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA**,

v.

**DAWSON PRESTON ADAMS**,　　　　Case No. 7:13-CR-47 (HL)

　　Defendant.

## ORDER

Before the Court is Defendant Dawson Adams' Motion to Suppress Statements (Doc. 19). At the pre-trial conference held on January 13, 2014, defense counsel orally withdrew the motion. Therefore, the motion to suppress is moot. Defendant has been referred to pre-trial diversion.

**SO ORDERED**, this the 22nd day of January, 2014.

　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

scr