IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 7:13-CR-47 (HL) |
| | : |
| DAWSON PRESTON ADAMS | : |
| | : |

### ORDER

Upon the motion of the government, and for the reasons stated in the government's motion, this case and pending indictment against DAWSON PRESTON ADAMS are hereby DISMISSED.

SO ORDERED this 10th day of April, 2015.

*s/ Hugh Lawson*
HUGH LAWSON
SENIOR UNITED STATES DISTRICT JUDGE


Presented by:

/s/Robert D. McCullers
ROBERT D. MCCULLERS
Georgia Bar No. 486976
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511